No. 91–7767.  FRALEY *v.* ROBERTS ET AL.  C. A. 5th Cir.  Certiorari denied. ▮

No. 91–7839.  FRANCHI *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied. ▮

No. 91–7851.  COFIELD *v.* OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied. ▮

No. 91–7886.  TUCKER *v.* BORGERT, WARDEN.  C. A. 6th Cir.  Certiorari denied. ▮

No. 91–7889.  GRANT *v.* INDIANA.  Ct. App. Ind.  Certiorari denied. ▮

No. 91–7890.  KRAUL ET AL. *v.* MAINE BONDING & CASUALTY Co.  Sup. Jud. Ct. Me.  Certiorari denied. ▮

No. 91–7891.  SMITH *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied. ▮

No. 91–7893.  STOIANOFF *v.* FRANCIS ET AL.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied. ▮

No. 91–7897.  MORRISON *v.* MISSOURI ET AL.  C. A. 8th Cir.  Certiorari denied. ▮

No. 91–7902.  THOMAS *v.* BOARD OF LAW EXAMINERS ET AL.  Ct. App. Tex., 3d Dist.  Certiorari denied.

No. 91–7908.  GARCIA *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 91–7909.  KINNEY *v.* INDIANA YOUTH CENTER, BY AND THROUGH ITS DULY APPOINTED AGENTS, EMPLOYEES, AND REPRESENTATIVES, ET AL.  C. A. 7th Cir.  Certiorari denied. ▮

No. 91–7910.  GRIFFIN *v.* WILLIAMS ET AL.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 91–7916.  ROTT *v.* CONNECTICUT GENERAL LIFE INSURANCE CO. ET AL.  Sup. Ct. N. D.  Certiorari denied. ▮